# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-0977
Lower Tribunal No. 19-19566

————————

**Elisa Soler, etc., et al.,**
Appellants,

vs.

**People's Trust Insurance Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Kula & Associates, P.A., and Elliot B. Kula and W. Aaron Daniel and William D. Mueller, for appellants.

Bazinsky, Korman, & Baker, P.A., and Kevin Luis Cabrera and Stephen W. Bazinsky (Plantation), for appellee.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.